## Case No. 8,547.

### LOVE v. FENDALL'S TRUSTEES.

[1 Cranch, C. C. 34.] [1]

Circuit Court, District of Columbia. July Term, 1801.

INJUNCTION—NOTICE OF INTENTION TO APPLY FOR.

It is not necessary to give notice of the application for an injunction.

Bill for injunction. Objection that no injunction ought to issue until reasonable notice to the opposite party, under Act Cong. March 2, 1793, § 5; vol. 2, p. 228, Folwell's Ed. (1 Stat. 333).

Injunction granted, upon bond and security for costs in the amount of $66.67.